NOT FOR PUBLICATION  (Doc. No. 18)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____
:
JOHN FARLEY, :
JAMAR MCGHEE, :
HAKANA OZDINCER, *individually and on* :
*behalf of other similarly situated individuals* :
:
        Plaintiffs, : Civil No. 12-4734  (RBK/JS)
:
       v. : **ORDER**
:
GAMESTOP CORP., :
GAMESTOP, INC., :
:
        Defendants. :
_____ :

    **THIS MATTER** having come before the Court on the motion of Gamestop Corp. and Gamestop, Inc. ("Defendants") to dismiss the Second Amended Class Action Complaint of John Farley, Jamar McGhee, and Hakana Ozdincer ("Plaintiffs"), pursuant to Federal Rule of Civil Procedure 12, and the Court having considered the moving papers and the responses thereto; and for the reasons expressed in the Opinion issued this date;

    **IT IS HEREBY ORDERED** that Defendant's motion is DENIED.


Dated: 8/7/2013                                             /s/ Robert B. Kugler
                                                                           ROBERT B. KUGLER
                                                                           United States District Judge